**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIAS GUERRERO NAVA, | NO. EDCV 11-991-JHN (MAN) |
| Petitioner, | |
| v. | JUDGMENT |
| JAMES A. YATES, | |
| Respondent. | |

   Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: December 9, 2011

_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE